## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

SHEET METAL WORKERS' LOCAL UNION
NO. 80 PENSION TRUST FUND, et al.,

    Plaintiffs,

v.                                        Case No. 2:11-cv-15065

MURRAY-ZIMMER, INC.,

    Defendant.
_____/

### ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

On November 28, 2011, Plaintiffs filed a "Notice of Bankruptcy Filing of Murray-Zimmer, Inc.," notifying the court that Defendant has filed for Chapter 7 bankruptcy in the United States Bankruptcy Court for the Eastern District of Michigan. Under the automatic stay provision of the Bankruptcy Code, a petition filed for bankruptcy operates as a stay of judicial proceedings against the debtor. *See* 11 U.S.C. § 362(a). Accordingly,

IT IS ORDERED that this action is STAYED pending the outcome of Defendant's bankruptcy case. Such stay is not to be construed as a disposition in this matter, and the matter may be reopened merely upon filing notice with the court, without further fee or cost.

IT IS FURTHER ORDERED that the Clerk of Court administratively close this case for statistical purposes only. Counsel shall immediately update the court as to any further action necessary for the court to take.

          s/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: November 30, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 30, 2011, by electronic and/or ordinary mail.

          s/Lisa Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522